# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONIE SCHUSTER, JR.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATE, LLC,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 20cv119-LAB (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 13]** |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 13. This action is **DISMISSED WITH PREJUDICE** as to all parties, with each party to bear its own costs and fees. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: October 8, 2020

　　　　　　　　　　　　　　　　*Larry A. Burns*
　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　Chief United States District Judge